IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GATEWAY TRADE FINANCE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-493-MEF |
| | ) | |
| JEFF HOWELL | ) | (WO) |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

This action came before the Court on a motion for summary judgment filed by the Plaintiff, Gateway Trade Finance, LLC.  The issues raised in that motion have been considered and a decision has been rendered.  For the reasons set forth in this Court's Memorandum Opinion and Order on that motion, the Court found that judgment is due to be entered in favor of Plaintiff.  Accordingly, IT IS HEREBY ORDERED AND ADJUDGED THAT:

(1) Judgment be and is hereby entered in favor of the plaintiff, Gateway Trade Finance, LLC, and against defendant Jeff Howell on Count III of the Complaint, in the amount of four hundred fifty-four thousand four hundred seventy-one dollars and ninety-seven cents ($454,071.97), which sum is comprised of a principal debt of two hundred ninety-five thousand four hundred twenty-eight dollars and thirty-eight cents ($295,428.38), plus interest thereon at the rate of 13.25% in the amount of forty thousand eight hundred eighty-three dollars and eighty-seven cents ($40,883.87), a commission fee

of one hundred seventeen thousand nine hundred twenty-four dollars and thirty-six cents ($117,924.36), and reimbursement costs of seven thousand two hundred forty-two dollars and eighty-six cents ($7,242.86), less a credit of seven thousand four hundred seven dollars and fifty cents ($7,407.50) for goods sold at auction.

(2) Costs are TAXED pursuant to 28 U.S.C. § 1920 against defendant Jeff Howell, for which execution may issue.

(3) The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this the 22nd day of June, 2009.

      /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE